B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Hawaii

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Hawaii Medical Center** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Hawaii Medical Center LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**20-3409838** | Last four digits of Soc. Sec or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2230 Liliha Street**<br>**Honolulu, HI**<br>ZIP CODE: **96817** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE: |
| County of Residence or of the Principal Place of Business:<br>**Honolulu** | County of Residence or the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE: |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE: | |

### Type of Debtor
(Form of Organization)
(Check **one** box)
- ☐ Individual (include Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)
- ☒ Health Care Business
- ☐ Single Assets Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable.)
- ☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).[1]

[1] Application for tax exempt status has been filed, pending IRS approval.

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one Box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)..*

**Check all applicable boxes:**
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

This Space is For Court Use Only

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

{2691278;}

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>**Hawaii Medical Center** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed by Within Last 8 Years** (If more than two, attached additional sheet) | | |
| Location<br>Where Filed: Hawaii | Case Number:<br>08-01373 | Date Filed:<br>08/29/2008 |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See Attachment | Case Number: | Date Filed |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C.§ 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hawaii Medical Center** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br>X /s/ Christopher J. Muzzi<br>Christopher J. Muzzi (Bar No. 6939)<br>Moseley Biehl Tsugawa Lau & Muzzi<br>A Hawaii Limited Law Company<br>Alakea Corporate Tower<br>1100 Alakea Street, 23rd Floor<br>Honolulu, HI 96813<br>Telephone: (808) 531-0490<br>Facsimile: (808) 534-0202<br>E-mail: cmuzzi@hilaw.us<br><br>-and-<br><br>Shawn M. Riley (OH# 0037235)<br>McDonald Hopkins LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114-2653<br>Telephone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>E-mail: sriley@mcdonaldhopkins.com<br><br>June 21, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached..<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. § 110)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _/s/ Kenneth J. Silva_____<br>Signature of Authorized Individual<br><br>Kenneth J. Silva<br>Printed Name of Authorized Individual<br><br>Member of the Board of Directors<br>Title of Authorized Individual<br><br>June 21 2011<br>Date | |

## Attachment

The following affiliated entities filed chapter 11 cases on the same day and in the same district as the Debtor:

1. Hawaii Medical Center East
2. Hawaii Medical Center West

# RESOLUTIONS OF THE BOARD OF DIRECTORS
# OF HAWAII MEDICAL CENTER

The Board of Directors of Hawaii Medical Center, a Hawaii non-profit corporation (the "Corporation"), does hereby consent to the adoption of the following resolutions, which resolutions were adopted as of the date hereof by unanimous vote at a duly convened meeting held for such purpose:

>    RESOLVED, that it is in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

>    RESOLVED, that a member of the Board of Directors of the Corporation, is hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii, at such time as said officer executing the same shall determine; and

>    RESOLVED, that the law firms of McDonald Hopkins LLC, 600 Superior Avenue East, Suite 2100, Cleveland, Ohio 44114 and Moseley Biehl Tsugawa Lau & Muzzi, Alakea Corporate Tower, 1100 Alakea Street, 23rd Floor, Honolulu, Hawaii 96813 are hereby employed as attorneys for the Corporation in the Corporation's chapter 11 case, subject to bankruptcy court approval; and

>    RESOLVED, that the appropriate officers of the Corporation are hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to execute that certain Post-Petition Amendment to Credit Agreement by and between the Corporation and MidCap Financial, LLC, in addition to such other and further loan and security agreements, credit documentation, instruments, documents, certificates, and assurances as are reasonable and customary for similar loans or credit agreements and that relate to the Corporation's procurement of debtor in possession financing; and

>    RESOLVED, that the appropriate officers of the Corporation are hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to execute that certain Restructuring Support Agreement by and between the Corporation, MidCap Financial, LLC, St. Francis Healthcare System of Hawaii, as Agent, St. Francis Healthcare System of Hawaii, St. Francis Medical Center, and St. Francis Medical Center-West, in addition to such other and further related instruments or documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to implement the Restructuring Support Agreement; and

>    RESOLVED, that the appropriate officers of the Corporation are hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they

{2691923:}

deem necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such chapter 11 case; and

RESOLVED, that the appropriate officers of the Corporation are hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Corporation's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure and ownership of the Corporation consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that any and all past actions heretofore taken by any officers or trustees the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

{2691923:}

## OFFICER'S CERTIFICATE

The undersigned, being a member of the Board of Directors of Hawaii Medical Center, a Hawaii non-profit corporation (the "Corporation"), does hereby certify on behalf of the Corporation that the following resolutions were duly adopted by the Board of Directors of the Corporation at a meeting on June 21, 2011, and such resolutions have not been modified or rescinded and are in full force and effect as of the date hereof.

Dated: June 21, 2011

_____
Kenneth J. Silva
Member of the Board of Directors

{2691923;}

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Hawaii

In re  Hawaii Medical Center
      Debtor.

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holdings the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by Joe Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 1. SBM SITE SERVICES LLC<br>5241 ARNOLD AVE<br>MC CLELLAN, CA 95652 | Contact: Alex Fernandex<br>Telephone: 916-922-3300<br>Fax: 915-565-3609<br>Email: | Trade Debt | | $1,590,834.10 |
| 2. CERNER CORPORATION<br>2800 ROCKCREEK PARKWAY<br>KANAS CITY, MO 64117 | Contact:<br>Telephone: 866-221-8877<br>Fax: 816-474-1742<br>Email: clientcarecenter@cerner.com | Trade Debt | | $606,258.70 |
| 3. LILIHA PARTNERS LP<br>12348 HIGH BLUFF DR NO 100<br>SAN DIEGO, CA 92130 | Contact: Evan Stone<br>Telephone: 858-350-1950<br>Fax: 858-350-1953<br>Email: | Landlord | | $538,634.04 |
| 4. ST JUDE MEDICAL<br>807 LAS CIMAS PKWY STE 400<br>AUSTIN, TX 78746 | Contact: Melissa Bourque<br>Telephone: 512-732-7485<br>Fax: 512-732-2418<br>Email: | Trade Debt | | $531,101.34 |
| 5. HAWAIIAN ELECTRIC COMPANY<br>900 RICHARDS STREET<br>HONOLULU, HI 96813 | Contact:<br>Telephone: 808-548-7311<br>Fax: 808-543-7799<br>Email: | Utility<br>Two Accounts:<br><br>$218,302.24<br>$145,308.09 | | $363,610.33 |
| 6. BLOOD BANK OF HAWAII<br>2043 DILLINGHAM BLVD.<br>HONOLULU, HI 96819-4024 | Contact:<br>Telephone: 808-845-9966<br>Fax: 808-848-4737<br>Email: | Trade Debt | | $312,786.20 |

{2689209:}

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 7. GUIDANT SALES CORPORATION<br>75 REMITANCE DR STE 6094<br>CHICAGO, IL 60675-1138 | Contact:<br>Telephone:<br>Fax:<br>Email: | Trade Debt | | $260,895.87 |
| 8. AUREUS RADIOLOGY LLC<br>13609 CALIFORNIA STREET<br>OMAHA, NE 68154 | Contact:<br>Telephone: 800-456-5857<br>Fax: 402-895-7812<br>Email: | Trade Debt | | $221,885.99 |
| 9. ALSTON & BIRD LLP<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE ST.<br>ATLANTA, GA 30309-3424 | Contact:<br>Telephone: 404-881-7000<br>Fax: 404-881-7777<br>Email: | Professional | | $221,819.00 |
| 10. UNIVERSITY OF HAWAII<br>JOHN A BURNS SCHOOL<br>OF MEDICINE<br>651 ILALO STREET<br>MEDICAL EDUCATION BLDG<br>HONOLULU, HI 96822 | Contact: Dennis Sunada<br>Telephone: 808-956-8084<br>Fax: 808-956-4104<br>Email: sunada@hawaii.edu | Trade Debt | | $217,680.04 |
| 11. ST FRANCIS MEDICAL PLAZA WEST<br>BOX CODE 61004<br>P.O. BOX 1300<br>HONOLULU, HI 96807 | Contact:<br>Telephone: 808-677-7400<br>Fax: 808-676-4702<br>Email: | Trade Debt | | $182,597.62 |
| 12. LILIHA PARKING COMPANY<br>AMPCO SYSTEM PARKING<br>841 BISHOP STREET<br>STE 1050<br>HONOLULU, HI 96813 | Contact: Juan Bravo<br>Telephone: 808-545-3230<br>Fax:<br>Email: | Trade Debt | | $168,591.88 |
| 13. GENERAL ELECTRIC CAPITAL CORPORATION<br>CLARK & ASSOCIATES<br>c/o JEFFREY A. CLARK<br>2999 OVERLAND AVE STE 204<br>LOS ANGELES, CA 90064-4243 | Contact: Jeffrey A. Clark<br>Telephone: 310-815-9440<br>Fax: 310-815-0518<br>Email: jclark@clark-law.net | Executory Contract | | $167,963.78 |
| 14. AIRGAS GASPRO<br>2305 KAMEHAMEHA HWY<br>HONOLULI, HI 96819 | Contact: Aaron<br>Telephone: 808-842-2225<br>Fax: 808-842-2131<br>Email: | Trade Debt | | $148,845.54 |
| 15. INPATIENT MEDICAL SPECIALISTS<br>P.O. BOX 89252<br>HONOLULU, HI 96815 | Contact: Dr. Rahul Hooda<br>Cell Telephone: 808-499-5308<br>Fax:<br>Email: rahulhooda@yahoo.com | Trade Debt | | $142,340.08 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 16. KCI USA INC.<br>8023 VANTAGE DRIVE<br>SAN ANTONIO, TX 78230 | Contact: Lorraine Kinnie<br>Telephone: 800-275-4524 ext 64958<br>Fax: 210-255-6990<br>Email: | Trade Debt | | $121,907.61 |
| 17. ST FRANCIS HEALTHCARE SYSTEM OF HAWAII<br>2226 LILIHA STREET<br>HONOLULU, HI 96817 | Contact:<br>Telephone: 808-547-6883<br>Fax: 808-547-6616<br>Email: | Trade Debt | | $113,392.83 |
| 18. CADES SCHUTTE LLP<br>1000 BISHOP STREET<br>STE 1200<br>HONOLULU, HI 96813-4212 | Contact:<br>Telephone: 808-521-9200<br>Fax: 808-521-9210<br>Email: | Professional | | $113,226.77 |
| 19. BANK OF HAWAII<br>P.O. BOX 2900<br>HONOLULU, HI 96846 | Contact: Donovan Koki<br>Telephone: 808-694-8356<br>Fax: 808-694-8301<br>Email: donovan.koki@boh.com | Executory Contract | | $110,492.74 |
| 20. COLLIN R. DANG, MD<br>550 S. BERETANIA, STE 501<br>HONOLULU, HI 96813 | Contact:<br>Telephone: 808-531-3311<br>Fax: 808-550-0279<br>Email: | Trade Debt | | $100,000.00 |

# United States Bankruptcy Court
## District of Hawaii

In re <u>Hawaii Medical Center</u>  
        Debtor.

Case No. _____  
Chapter 11

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, a Member of the Board of Directors of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: June 21, 2011

Signature: *[signed]*  
Printed Name: Kenneth J. Silva  
Title: Member of the Board of Directors

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

{2689209:}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| Hawaii Medical Center, | ) | Case No. _____ |
| a Hawaii non-profit corporation, | ) | |
| | ) | |
| Debtor. | ) | Judge _____ |
| | ) | |
| (Employer Tax I.D. No. 20-3409838 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None - - the Debtor is a non-profit organization | | | |

{2691948:}

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hawaii Medical Center, ) | Case No. _____ |
| a Hawaii non-profit corporation, ) | |
| ) | |
| Debtor. ) | Judge _____ |
| ) | |
| (Employer Tax I.D. No. 20-3409838 ) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, a member of the Board of Directors of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 21, 2011        Signature: _/s/ Kenneth J. Silva_
Printed Name: Kenneth J. Silva
Title: Member of the Board of Directors

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

{2691948:}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| Hawaii Medical Center, a Hawaii non-profit corporation, | ) ) ) ) | Case No. _____ |
| Debtor. | ) ) ) | Judge _____ |
| (Employer Tax I.D. No. 20-3409838) | ) | |

## CORPORATE OWNERSHIP STATEMENT

Hawaii Medical Center ("HMC"), pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1 and Local Rule 1007-3, files this Corporate Ownership Statement, respectfully showing the Court as follows:

1. HMC is a Hawaii non-profit corporation.

2. The following entities own a controlling interest in HMC:

| Name | Percentage of Interest | Location |
| --- | --- | --- |
| None | | |

3. HMC does not own more than 10 percent of the equity interests in any entity whose securities are publicly traded.

4. HMC does owns more than 10 percent of the equity interests in the following non-publicly traded entities:

| Name | Percentage of Interest | Location |
| --- | --- | --- |
| Hawaii Medical Center East | 100% | 2230 Liliha Street Honolulu, HI 96817 |
| Hawaii Medical Center West | 100% | 91-2141 Ft. Weaver Road Ewa Beach, HI 96706 |
| SFMC Joint Ventures, LLC | 100% | 2230 Liliha Street Honolulu, HI 96817 |
| Island Cardiac Centers, LLC | 50% | 834 Nuuanu Avenue Suite 203 Honolulu, HI 96817 |

{2692079:}

## DECLARATION UNDER PENALTY OF PERJURY

    I, the undersigned authorized member of the Board of Directors of the company named as debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: June 21, 2011

                                                  */s/ Kenneth J. Silva*
                                         By: Kenneth J. Silva
                                         Title: Member of the Board of Directors

| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| Shawn M. Riley (0037235)<br>Paul W. Linehan (0070116)<br>John A. Polinko (0073967)<br>McDonald Hopkins LLC<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH 44114-2653<br>Telephone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>Email: sriley@mcdonaldhopkins.com<br>     plinehan@mcdonaldhopkins.com<br>     jpolinko@mcdonaldhopkins.com | Christopher J. Muzzi (6939)<br>Moseley Biehl Tsugawa Lau & Muzzi LLLC<br>1100 Alakea Street, 23rd Floor<br>Honolulu, HI 96813<br>Telephone: (808) 531-0490<br>Facsimile: (808) 534-0202<br>Email: cmuzzi@hilaw.us | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hlb_1007-2d (12/09)

| Debtor: | Hawaii Medical Center | Case No.: |
|---|---|---|
| Joint Debtor:<br>(if any) | | Chapter: **11** |

## VERIFICATION OF CREDITOR MATRIX

The undersigned certifies under penalty of perjury that:

1. All entities included on schedules D, E, F, G, and H have been listed in the attached creditor matrix; and

2. The names and addresses of the entities listed in the matrix are true and correct to the best of my knowledge.

/s/ **Kenneth J. Silva**
Debtor

/s/ _____
Joint Debtor

Dated: **June 21, 2011**

Dated: _____

*Note:* After the original creditor matrix is filed with the court, there is a $26 fee to add or delete creditors. No fee is due if a change involves only the address of a creditor already listed, or if the name or address of a creditor's attorney is being added.

2700131