| | |
|---|---|
| **Filer's Name, Address, Phone, Fax, Email:** | |

Shawn M. Riley (0037235)        Christopher J. Muzzi (6939)
Paul W. Linehan (0070118)        Moseley Biehl Tsugawa Lau & Muzzi LLLC
John A. Polinko (0073967)        1100 Alakea Street, 23rd Floor
McDonald Hopkins LLC            Honolulu, HI 96813
600 Superior Avenue East, Suite 2100    Telephone: (808) 531-0490
Cleveland, OH 44114-2653        Facsimile: (808) 534-0202
Telephone: (216) 348-5400        Email: cmuzzi@hilaw.us
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
    plinehan@mcdonaldhopkins.com
    jpolinko@mcdonaldhopkins.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hlb_1007-2d (12/09)

| | |
|---|---|
| **Debtor:**     **Hawaii Medical Center** | *Case No.:* 11–01746 |
| *Joint Debtor:*<br>  *(if any)* | *Chapter:*  **11** |

### VERIFICATION OF CREDITOR MATRIX

The undersigned certifies under penalty of perjury that:

1.  All entities included on schedules D, E, F, G, and H have been listed in the attached creditor matrix; and

2.  The names and addresses of the entities listed in the matrix are true and correct to the best of my knowledge.

/s/ Kenneth J. Silva _____      /s/_____
Debtor                                        Joint Debtor

Dated: June 21, 2011 _____           Dated: _____

*Kenneth J. Silva*

*Note:* After the original creditor matrix is filed with the court, there is a $26 fee to add or delete creditors. No fee is due if a change involves only the address of a creditor already listed, or if the name or address of a creditor's attorney is being added.

2700131

CASE NO.

A CATERED EXPERIENCE
94-1068 KA UKA BOULEVARD
WAIPAHU, HI  96797

ABE-MAEDA, KATHLEEN
95-1092 AHEA STREET
MILILANI, HI  96789

ABSOLUTE!
2021 E HENNEPIN AVE
SUITE LL20
MINNEAPOLIS, MN  55413

AIRGAS GASPRO
2305 KAMAHAMEHA
HONOLULU, HI  96819

ALAN ITOMURA
540 WEST HIND DRIVE
HONOLULU, HI  96821

ALLEN, GLENN
C/O LAW OFFICE OF STUART COWAN
707 RICHARDS STREET, STE 728
HONOLULU, HI  96813

ALLISON TAI
2781 KAPIOLANI BLVD-#402
HONOLULU, HI  96826

ALOHA UNITED WAY
P.O. BOX 31000
HONOLULU, HI  96849-0003

ALSTON & BIRD LLP
P.O. BOX 933124
ATLANTA, GA  31193-3124

ALSTON HUNT FLOYD & ING
18TH FLOOR ASB TOWER
1001 BISHOP STREET
HONOLULU, HI  96813

AMERICAN COLLEGE OF
HEALTHCARE EXECUTIVES
DUES PAYMENT PROCESSING CENTER
PO BOX 4797
CAROL STREAM, IL  60197-4797

AMERICAN PAYROLL ASSOCIATION
HAWAII CHAPTER
C/O DAVID KAYA
CERIDIAN
HONOLULU, HI  96819

ANDERSON, KIP
3215 ALA LIMA ST. #A-1112
HONOLULU, HI  96818

ANNA VALDEZ
94-1404 LANIKUHANA AVE

U.S. Bankruptcy Court - Hawaii  #11-01746  Dkt # 2  Filed 06/21/11  Page 2 of 22

#417
MILILANI, HI  96789

ANNABEL GOTTLIEB
92-6931 PULIKO STREET
KAPOLEI, HI  96707

AON HEWITT
PO BOX  905188
CHARLOTTE, NE  28290-5188

ART & SIGNS
1409 COLBURN STREET
HONOLULU, HI  96817

AUREUS RADIOLOGY LLC
13609 CALIFORNIA STREET
OMAHA, NE  68154

AVAYA INC.
PO BOX  5332
NEW YORK, NY  10087-5332

BAKER & DANIELS, LLP
P.O. BOX 664091
INDIANAPOLIS, IN  46266

BAKER HEALTHCARE
CONSULTING, INC.
4251 RELIABLE PARKWAY
CHICAGO, IL  60686-0042

BALANON, ROMULO
1188 MANUWA DRIVE
HONOLULU, HI  96818

BALTIMORE COMMUNITY
FOUNDATION
2 EAST  READ STREET
BALTIMORE, MD  212022

BANK OF AMERICA, N.A. (BANA)
1300 MERRILL LYNCH DRIVE
MSC0303
PENNINGTON, NJ  85434

BANK OF AMERICA, N.A. (BANA)
C/O JANICE P. KIM
KAIMUKI BUSINESS PLAZA
3615 HARDING AVENUE, STE 206
HONOLULU, HI  96816

BANK OF HAWAII
P.O. BOX 2900
HONOLULU, HI  96846

BANKCARD CENTER
FIRST HAWAIIAN BANK
PO BOX 29450
HONOLULU, HI  96820-1850

BECKER COMMUNICATIONS, INC.
119 MERCHANT STREET

SUITE 300
HONOLULU, HI  96813

BENEFIT SERVICES OF HAWAII INC
P.O. BOX 840
HONOLULU, HI  96808-0840

BILLIE JEAN DUNHAM
94-870 LUMIAUAU ST-#C-204
WAIPAHU, HI  96797

BLOOD BANK OF HAWAII
2043 DILLINGHAM BLVD.
HONOLULU, HI  96819

BOSS COMMUNICATION TECHNOLOGY
99-1445 KOAHA PLACE
AIEA, HI  96701

BRENDA SHIROMA
95-2048 WAIKALANI PL-#D302
MILILANI, HI  96789

BRENDALEE PADERES
1231 HOOLI CIRCLE
PEARL CITY, HI  96782

CADES SCHUTTE LLP
P.O. BOX 939
HONOLULU, HI  96808

CADES SCHUTTE LLP
1000 BISHOP STREET
STE 1200
HONOLULU, HI  96813-4212

CAIN BROTHERS & COMPANY  LLC
360 MADISON AVENUE
5TH FLOOR
NEW YORK, NY  10017

CARDINAL HEALTH
MEDICAL PRODUCTS & SERVICES
PO BOX 100316
PASADENA, CA  91189-0316

CAREMEDIC SYSTEMS  INC.
C/O INGENIX INC.
2771 MOMENTUM PLACE
CHICAGO, IL  60689-5327

CASE MIX ANALYSIS, INC.
80 WORCESTER STREET
SUITE 10
NO. GRAFTON, MA  01536

CDW GOVERNMENT, INC.
75 REMITTANCE DRIVE
SUITE 1515
CHICAGO, IL  60675-1515

CERIDIAN
P.O. BOX 10989

NEWARK, NJ 07193

CERNER CORPORATION
P.O. BOX 412702
KANSAS CITY, MO 64141

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

CHAPPEL, JOCELYN
94-1074 HEAHEA STREET
WAIPAHU, HI 96797

CHEW, STEPHEN
C/O LAW OFFICE OF JOHN MARSHALL
ASB TOWER, STE 740
1001 BISHOP STREET
HONOLULU, HI 96813

CHINA, JANICE
95-1053 KUAULI ST APT 39
MILILANI, HI 96789

CHING, RANDY
3465 WAIALAE AVENUE
STE 200
HONOLULU, HI 96816

CHRISTINE REUSCHEL
92-872 PANANA ST
KAPOLEI, HI 96707

CHRISTINE UMIPEG
6855B 112TH STREET
EWA BEACH, HI 96706

COMTEL
2412 ROSE STREET
SUITE 202
HONOLULU, HI 96819

CORREA, JR., JERRY J.
ST. FRANCIS HEALTHCARE SYSTEM
2226 LILIHA STREET
STE 227
HONOLULU, HI 96817

CROWN RECORDS MANAGEMENT
600 KAHELU AVENUE
MILILANI, HI 96789-3900

CYNTHIA MILLER
98-450 KOAUKA LP-#1107
AIEA, HI 96701

DANG, M.D., COLLIN R.
CARDIOTHORACIC ASSOC OF HAWAII LLC
550 BERETANIA ST
STE 500
HONOLULU, HI 96813

DAVID HILL

7404 ARIETA AVENUE
BAKERSFIELD, CA  93308

DEAN PANG
1535 ALA AMOAMO ST
HONOLULU, HI  96819

DEBORAH HIGASHI
94-694 KALAE STREET
WAIPAHU, HI  96797

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 910916
PASADENA, CA  91110-0916

DELOITTE FINANCIAL
ADVISORY SERVICES LLP
PO BOX 2062
CAROL STREAM, IL  60132-2062

DIANNE M OKUMURA
DBA TBH LLC
98-081 PUAKUKUI PLACE
AIEA, HI  96701

DIEBOLD INCORPORATED
PO BOX 643543
PITTSBURGH, PA  15264-3543

DUNHAM, BILLIE
94-870 LUMIAUAU ST, C-204
WAIPAHU, HI  96797

ECOLAB
PO BOX 100512
PASADENA, CA  91189-0512

ELLIOTT, ADELE
68-275 AU STREET
WAIALUA, HI  96791

ERNE, MICHAEL
125 KAIHONE WAY
KAILUA, HI  96734

ERNST & YOUNG
55 MERCHANT STREET
SUITE 1900 C-120
HONOLULU, HI  96813

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA  91109-7321

FERN VALDEZ PALABAY
633 11TH AVE
HONOLULU, HI  96816

FIRESTONE COMPLETE AUTO CARE
1414 DILLINGHAM BLVD
HONOLULU, HI  96817

U.S. Bankruptcy Court - Hawaii  #11-01746  Dkt # 2  Filed 06/21/11  Page 6 of 22

FIRST CIRCUIT COURT, CLERK
KAAHUMANU HALE
777 PUNCHBOWL STREET
HONOLULU, HI  96813

FOCUS MANAGEMENT GROUP USA, IN
5001 W. LEMON STREET
SUITE A
TAMPA, FL  33609

FORMFAST INC
13421 MANCHESTER RD.
SUITE 208
ST LOUIS, MO  63131

FOSTER, ROSEMARY
91-1050 MAKAALOA ST #11-B
EWA BEACH, HI  96706

GABRIEL, KUPONO
91-246 PUAHIOHIO WAY
KAPOLEI, HI  96707

GALINDO, ORLANDO
1139 9TH AVENUE, #1601
HONOLULU, HI  96816

GARY HAGERMAN LLLC
65-1308 POMAIKAI PLACE
KAMUELA, HI  96743

GEBCO OF HAWAII INC
415 COOKE STREET
HONOLULU, HI  96813

GEMINO HEALTHCARE FINANCE
664 JOSEPH DRIVE
WAYNE, PA  19113

GENERAL ELECTRIC CAPITAL CORP
C/O JEFFREY CLARK
CLARK & ASSOCIATES
2999 OVERLAND AVE., STE 204
LOS ANGELES, CA  90064

GENZYME BIOSURGERY
P.O. BOX 223013
PITTSBURGH, PA  15251-2013

GOO-CHUN, GWYNNE
535 HAO ST
HONOLULU, HI  96821

GUIDANT SALES CORPORATION
75 REMITTANCE DRIVE
SUITE 6094
CHICAGO, IL  60675

HARADA, VALERIE
94-367 PUNONO ST
MILILANI, HI  96789

HARTFORD LIFE AND ACCIDENT

GROUP BENEFITS DIVISION
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178-3690

HASHAM, SALIM
2230 LILIHA ST
HONOLULU, HI 96817-1646

HAWAII DENTAL SERVICE
PO BOX 30500
HONOLULU, HI 96820-0500

HAWAII EMPLOYERS COUNCIL
P O BOX 29699
HONOLULU, HI 96820

HAWAII HEALTH INFORMATION CORP
600 KAPIOLANI BLVD-STE 406
HONOLULU, HI 96813

HAWAII MEDICAL ASSOCIATION
1360 S BERETANIA ST 2ND FL
HONOLULU, HI 96814

HAWAII MEDICAL CENTER EAST
2230 LILIHA STREET
HONOLULU, HI 96817

HAWAII MEDICAL CENTER WEST
91-2141 FT. WEAVER ROAD
EWA BEACH, HI 96706

HAWAII PACIFIC ENTERTAINMENT
DIV OF HI INTERNET &
TELCOM PUBLISHING, INC.
ATTN: ACCOUNTS RECEIVABLE
HONOLULU, HI 96820

HAWAII PACIFIC UNIVERSITY
ATTN: OFFICE OF FINANCIAL AID
1164 BISHOP STREET,SUITE 201
HONOLULU, HI 96813

HAWAII PHYSICIAN GROUP
2228 LILIHA ST-#305
HONOLULU, HI 96817

HAWAII SOCIETY OF DIRECTORS
OF VOLUNTEER SERVICES
C/O BRIAN NAGAMINE
MGR. VOLUNTEER SVCS
HONOLULU, HI 96817

HAWAII STATE TAX COLLECTOR
OAHU DISTRICT OFFICE
P.O. BOX 1425
HONOLULU, HI 96806-1425

HAWAII TEAMSTERS LOCAL 996
1817 HART ST
HONOLULU, HI 96819

HAWAIIAN ELECTRIC COMPANY

900 RICHARDS STREET
HONOLULU, HI  96813

HAWAIIAN TELCOM
PO BOX 30770
HONOLULU, HI  96820-0770

HAYES, JON
C/O BRONSTER HOSHIBATA
2300 PAUAHI TOWR
1003 BISHOP STREET, STE 1500
HONOLULU, HI  96813

HEALTH PROMOTIONS NOW
1270 GLEN AVENUE
MOORESTOWN, NJ  08057

HEALTHCARE ASSOCIATION OF HI
932 WARD AVE
SUITE 430
HONOLULU, HI  96814-2126

HEALTHCARE COMPLIANCE ASSN
6500 BARRIE ROAD
SUITE 250
MINNEAPOLIS, MN  55435

HENRY W LOUIE, MD
2760 TANTALUS DRIVE
HONOLULU, HI  96813

HHHRA
C/O TINA KOBATAKE
REHAB HOSPITAL OF THE PACIFIC
HUMAN RESOURCES
HONOLULU, HI  96817

HICOMP
C/O JANE KIKUCHI, TREASURER
SERVCO PACIFIC
P.O. BOX 2788
HONOLULU, HI  96803

HIGASHI, DEBORAH
94-694 KALAE STREET
WAIPAHU, HI  96797

HMSA
ATTN: CASHIERS
PO BOX 4720
HONOLULU, HI  96812-4720

HONOLULU STAR-ADVERTISER
PO BOX 29660
HONOLULU, HI  96820-2060

HOTEL PHILLIPS
106 WEST 12TH  STREET
KANSAS CITY, MO  64105

IBM CORPORATION
P O BOX 643600
PITTSBURGH, PA  15264-3600

IHRIG, DONALD
901 PROSPECT #304
HONOLULU, HI  96822

IKEDA, GARY
2303 APAPA ST.
PEARL CITY, HI  96782

IMPERIAL CREDIT CORPORATION
DEPARTMENT 7615
LOS ANGELES, CA  90084-7615

INDUSTRIAL RELATIONS RESEARCH
ASSOCIATION-HAWAII CHAPTER
2440 CAMPUS ROAD-BOX 334
HONOLULU, HI  96822

INGENIX PUBLISHING GROUP
P O BOX 27116
SALT LAKE CITY, UT  84127-0116

INPATIENT MEDICAL SPECIALISTS
P.O. BOX 89252
HONOLULU, HI  96815

INTERMETRO INDUSTRIES CORP
P O BOX 93730
CHICAGO, IL  60673-3730

ISLAND CARDIAC CENTERS LLC
C/O NATURAL MEDICINE DEVELOP. INC.
11100 NE 8TH STR., STE 500
BELLEVUE, WA  98005

ITOMURA, ALAN
540 WEST HIND DR
HONOLULU, HI  96821

JAMIE, AGBALOG
C/O DAVIS LEVIN LIVINGSTON
400 DAVIS LIVINGSTON PL
841 FORT STREET
HONOLULU, HI  96813

JANICE YUEN
2021 BACHELOT ST
HONOLULU, HI  96817

JARRETT OKIHARA
91-1077 OANIANI ST-#10G
KAPOLEI, HI  96707

JESSICA SPHAR
91-1058  KEKUILANI LOOP
#D401
KAPOLEI, HI  96707

JOHN MULLEN & CO., INC
P O BOX 2096
HONOLULU, HI  96813

JONES LANG LASALLE

AMERICAS INC
33492 TREASURY CENTER
CHICAGO, IL  60694-3400

JUAN, ERLINDA
C/O CHARLES GERDES, ESQ.
1188 BISHOP STREET, STE 2901
CENTURY SQUARE
HONOLULU, HI  96813

KAIMIKAUA, MALUHIA
1376 KALANIIKI STREET
HONOLULU, HI  96821

KAMAKANA, REX
1047 LOPENO LP
KAILUA, HI  96734

KAREN NORWOOD
94-515 HIAPAIOLE LOOP
WAIPAHU, HI  96797

KCI USAS INC
8023 VANTAGE DRIVE
SAN ANTONIO, TX  78230

KENNETH SILVA
7310 HILL ROAD
ROSEVILLE, CA  95746

KMH LLP
1003 BISHOP ST-#2400
HONOLULU, HI  96813

KOMODA, ERIC
1541 DOMINIS ST #807
HONOLULU, HI  96822

KOSTYLO, MARIA
1274 KAELEKU ST
HONOLULU, HI  96825

KREAMER LAW FIRM, P.C.
6600 WESTOWN PARKWAY
SUITE 190
WEST DES MOINES, IA  50266-7724

KRIEG DEVAULT LLP
ATTORNEYS AT LAW
ONE INDIANA SQUARE-STE 2800
INDIANAPOLIS, IN  46204-2079

KRISTIN WAUKE
P O BOX 161181
HONOLULU, HI  96816

KRONOS INCORPORATED
LEASING DIVISION
P O BOX 845765
BOSTON, MA  02284-5765

KUPONO GABRIEL
91-246 PUAHIOHIO WAY

KAPOLEI, HI  96707

KURTZMAN CARSON CONSULTANTS
15744 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

LAW OFFICE OF SHINKEN NAITOH, LLC
1760 S BERETANIA ST-STE 15-D
HONOLULU, HI  96826

LEE, DAWN
2675 NONOHE ST.
WAHIAWA, HI  96786

LESLIE'S FLOWERS & GIFTS
1545 KALIELANI ST
PEARL CITY, HI  96782

LIANN YOSHIMURA
2919 KEONI STREET
HONOLULU, HI  96822

LILIHA PARKING COMPANY
AMPCO SYSTEM PARKING
841 BISHOP ST-STE 1050
HONOLULU, HI  96813

LILIHA PARTNERS, LP
DEPT. 9890-1800
LOS ANGELES, CA  90084-9890

LILIHA PARTNERS LP
12348 HIGH BLUFF DR., NO 100
SAN DIEGO, CA  92130

LONDON & PACIFIC CAPITAL
ADVISOR, LLC
P O BOX 352087
LOS ANGELES, CA  90035

LOPEZ, SHELLY
41-247 KAUHOLOKAHIKI ST.
WAIMANALO, HI  96795

LOUIE, M.D., FACS, HENRY W.
CARDIOTHORACIC ASSOC OF HAWAII LLC
550 BERETANIA ST
STE 500
HONOLULU, HI  96813

LUCAS DISTRIBUTION, LLC
P O BOX 1754
LOGANVILLE, GA  30052-1754

LUI, IRENE
4444 LOINA PL
HONOLULU, HI  96818

LUI, RENE
1020 19TH AV
HONOLULU, HI  96816

LYONS,BRANDT,COOK & HIRAMATSU

841 BISHOP ST-STE 1800
HONOLULU, HI   96813

MAILE MEYER
1432 AKEKE PLACE
KAILUA, HI   96734

MARCK, ALLAGONEZ
C/O LAW OFFFICE OF JOHN Y.U. CHOI
PACIFIC GUARDIAN CTR, MAKAI TOWER
733 BISHOP STREET, STE 2390
HONOLULU, HI   96813

MARIA L KOSTYLO
1274 KAELEKU ST
HONOLULU, HI   96825

MARR JONES & WANG
ATTORNEYS AT LAW
PAUAHI TOWER
1003 BISHOP ST-STE 1500
HONOLULU, HI   96813

MATT LEVI INVESTIGATIONS
737 BISHOP ST-STE 1875
HONOLULU, HI   96813

MCCORRISTON MILLER MUKAI
MACKINNON LLP
ATTORNEYS AT LAW
P O BOX 2800
HONOLULU, HI   96803-2800

MCKESSON
80 SAND ISLAND ACCESS RD
HONOLULU, HI   96819

MEDASSETS INC
100 N POINT CTR E
ALPHARETTA, GA   30022

MEDIFAX EDI, LLC
P O BOX 572490
MURRAY, UT   84157-2490

METAL CRAFT INC
PO BOX 1468
MASON CITY, IA   50402-1468

MEYER, MAILE
1432 AKEKE PL
KAILUA, HI   96734

MHC SOFTWARE  INC
P O BOX 1749
BURNSVILLE, MN   55337

MIDAS MUFFLER SHOP
1415 DILLINGHAM BLVD
ROOM 201
HONOLULU, HI   96817

MIDCAP FINANCIAL LLC

ATTN: PORTFOLIO MGR - HAWAII MED.
7735 OLD GEORGETOWN RD
STE 400
BETHESDA, MD  20814

MILLER, CYNTHIA
98-450 KOAUKA LP #1107
AIEA, HI  96701

MILLER ADVERTISING AGENCY,INC
71 FIFTH AVE-7TH FLOOR
NEW YORK, NY  10003

MILLIMAN
70 SOUTH LAKE AVE-STE 1100
PASADENA, CA  91101-4705

MONIQUE A RAS
94-416 KEALAKAA ST
MILILANI, HI  96789

MOORE, JAZZE-JEFFREY
1616 LIHOLIHO ST. APT.302
HONOLULU, HI  96822

MORIKUNI, SUANNE
94-810 LUMIMA'O PL.
WAIPAHU, HI  96797

MOSS ADAMS LLP
ATTN: PAYMENT SERVICES
P O BOX 2147
SEATTLE, WA  98111-2147

MRC WEST INC
125 MERCHANT ST-STE 200
HONOLULU, HI  96813

NATIONAL BOARD FOR
CERTIFICATION IN OCCUPATIONAL THERAPY
P O BOX 64971
BALTIMORE, MD  21264

NETHERLAND, DONNA
94-1040 MAHINAHINA   STREET
WAIPAHU, HI  96797

NEXTEL COMMUNICATIONS
P O BOX 4181
CAROL STREAM, IL  60197-4181

NFS LEASING, INC
900 CUMMINGS CENTER
SUITE 309-V
BEVERLY, MA  01915

NORWOOD, KAREN
98-450 KOAUKA LOOP
AIEA, HI  96701

NOVAL, JACQUELINE
C/O STARN O'TOOLE MARCUS & FISHER
PACIFIC GUARDIAN CTR, MAKAI TOWER

733 BISHOP STREET, STE 1900
HONOLULU, HI  96813

NOVELL INC
P O BOX 31001-0024
PASADENA, CA  91110-0024

OCEANIC TIME WARNER CABLE
P O BOX 30050
HONOLULU, HI  96820-0050

OFFICEMAX INCORPORATED
P O BOX 79515
CITY OF INDUSTRY, CA  91716-9515

OKIHARA, JARRETT
91-1077 OANIANI ST. #10G
KAPOLEI, HI  96707

OLVERA CONTRERAS, JADINE
1232 MAKALOA ST #2
HONOLULU, HI  96814-3126

OPTIMAL PHONE INTERPRETERS
P O BOX 20505
TAMPA, FL  33622-0746

ORACLE USA, INC
P O BOX 44471
SAN FRANCISCO, CA  94144-4471

ORIAS, JOSE PEDRO
98-099 UAO PL #1709
AIEA, HI  96701

PACIFIC BUSINESS MACHINES  INC
1610 SO KING ST
HONOLULU, HI  96826

PACIFIC HI LIFT SERVICE CORP
99-1376A KOAHA PL
AIEA, HI  96701

PAESTE, M.D., ROSALO M.
94-307 FARRINGTON HWY #B3
WAIPAHU, HI  96797

PALABAY, FERN
633 11TH AVENUE
HONOLULU, HI  96816

PANG, DEAN
1535 ALA AMOAMO ST.
HONOLULU, HI  96819

PANG, JAMES
919 LUKA STREET
HONOLULU, HI  96817

PEROT SYSTEMS CORPORATION
7489 COLLECTIONS CTR DR
CHICAGO, IL  60693

PHILIP G ODLE
94-100 ANANIA DRIVE-#230
MILILANI, HI  96789

PHILIPPINE MED ASSOC OF HI
P O BOX 1294
PEARL CITY, HI  96782

POAHA, GUADALUPE
C/O LEAVITT YAMANE & SOLDNER
PACIFIC GUARDIAN CTR, MAKAI TOWER
737 BISHOP STREET, STE 1740
HONOLULU, HI  96813

POSITIVE PROMOTIONS  INC
ATTN: ACCTS RECEIVABLE
15 GILPIN AVE
PO BOX 18021
HAUPPAUGE, NY  11788-8821

PRECISION RADIO LIMITED
P O BOX 22218
HONOLULU, HI  96823-2218

PRE-EMPLOY.COM INC
P O BOX 491570
REDDING, CA  96049

PREMIUM FINANCING SPECIALISTS
IMPERIAL CREDIT CORPORATION
DEPARTMENT 7615
LOS ANGELES, CA  90084-7615

RAINBOW PRINTERS INC
875 WAIMANU ST
SUITE 507
HONOLULU, HI  96813-5248

RENEE LUI
1020 19TH AVE
HONOLULU, HI  96816-4607

RESOURCES GLOBAL PROFESSIONALS
FILE #55221
LOS ANGELES, CA  90074-5221

REVILLA, LOWELYN
94-678 KIME ST.
WAIPAHU, HI  96797

REX KAMAKANA
1047 IOPONO LP
KAILUA, HI  96734

RHODES, VINCENT
111 HEKILI ST STE A#311
KAILUA, HI  96734

RINESMITH & SEKIGUCHI LLC
201 MERCHANT ST-STE 2240
HONOLULU, HI  96813

RIVERA, GODOFREDO SEGUN

3130 ALA LIMA ST, APT 7B
HONOLULU, HI  96818

ROSEMARY NAGY FOSTER
C/O HR
91-1050 MAKAALOA ST #11B
EWA BEACH, HI  96706

RUBBER STAMP ONE DAY SVC INC
1140 KONA ST
HONOLULU, HI  96814

RUTHANN J. ALLSOPP
C/O JANICE KIM
3615 HARDING AVENUE, STE 206
HONOLULU, HI  96816

RUTHANN J. ALLSOPP
C/O BRUCE B. KIM
ONE KAPIOLANI BLDG.
600 KAPIOLANI BLVD. STE 206
HONOLULU, HI  96813

SAFEGUARD BUSINESS SYSTEMS
P O BOX 88043
CHICAGO, IL  60680-1043

SAFETY NATIONAL CASUALTY CORP.
1832 SCHUETZ ROAD
ST LOUIS, MO  63146

SALIM HASHAM
HEALTH SERVICES INT'L INC.
200, 638 11TH AVE SW
CALGARY, ALBERTA  T2R 0E2
CANADA

SANCHEZ, CATHERINE
1644 WAILELE STREET
HONOLULU, HI  96819

SANCHEZ, LESLEY
98-1926 KAULAHAO ST
AIEA, HI  96701

SATO, SHARON
95-1006 AHIKAO ST
MILILANI, HI  96789

SAVICKAS, RAMUNAS
94-203 LUMIAINA PL.
APT F-104
WAIPAHU, HI  96797

SAWAI, MONA
720 WAIAKAMILO ROAD, #120
HONOLULU, HI  96817

SBM SITE SERVICES
ATTN: CORINNA OKUSAKO
5241 ARNOLD AVE
MCCLELLAN, CA  95652

SCOULER & COMPANY
445 PARK AVENUE
10TH FLOOR
NEW YORK, NY  10022

SECURITY ARMORED CAR & COURIER
SERVICE OF HAWAII
P.O. BOX 2073
HONOLULU, HI  96805

SFMC JOINT VENTURES LLC
2230 LILIHA STREET
HONOLULU, HI  96817

SH CONSULTING LLC
1003 BISHOP ST-STE 1180
HONOLULU, HI  96813

SHIROMA, BRENDA
95-2048 WAIKALANI PL #D302
MILILANI, HI  96789

SIEMENS CORPORATION
FILE 4630
P O BOX 60000
SAN FRANCISCO, CA  94160

SIEMENS MED SOLUTIONS USA INC
DEPT LA 21536
PASADENA, CA  91185-1536

SIGN WAREHOUSE, INC
2614 TEXOMA DRIVE
DENISON, TX  75020

SILVA, KENNETH J.
5241 ARNOLD AVENUE
MCCLELLAN, CA  95652

SIMPLEXGRINNELL LP
DEPT CH 10320
PALATINE, IL  60055-0320

SMAC HAWAII INC.
2176 LAUWILIWILI ST
UNIT #9
KAPOLEI, HI  96707

SPHAR, JESSICA
91-1058 KEKUILANI LP.
 #D401
KAPOLEI, HI  96707

SPRINT
P O BOX 219100
KANSAS CITY, MO  64121-9100

ST FRANCIS HEALTHCARE
SYSTEM OF HAWAII
P O BOX 29700
HONOLULU, HI  96820-2100

ST. FRANCIS MEDICAL CENTER

U.S. Bankruptcy Court - Hawaii  #11-01746  Dkt # 2  Filed 06/21/11  Page 18 of 22

ATTN: SISTER AGNELLE CHING
2226 LILIHA STREET
SUITE 227
HONOLULU, HI  96817

ST. JUDE MEDICAL
MELISSA BOURQUE
807 LAS CUMAS PKWY
SUITE 400
AUSTIN, TX  78746

STAFFING PARTNERS
MAIL CODE 61010
P O BOX 1300
HONOLULU, HI  96807-1300

STATE DIRECTOR OF FINANCE
DEPT OF THE ATTORNEY GENERAL
425 QUEEN ST
HONOLULU, HI  96813

STATE OF HAWAII
DISABILITY COMPENSATION DIV.
PO BOX 3769
HONOLULU, HI  96812-3769

SUCCESS ADVERTISING
66 QUEEN ST-STE 1602
HONOLULU, HI  96813

SYBASE IAD SUBSCRIPTION SVCS
P O BOX 202475
DALLAS, TX  75320-2475

TADAKI, SHARON
1447 KALAUIPO ST
PEARL CITY, HI  96782

TAI, ALLISON
2781 KAPIOLANI BLVD. #402
HONOLULU, HI  96826

TAM, GILBERT K.T.
PELATRON INC.
3375 KOAPAKA STREET
STE F200
HONOLULU, HI  96819

TAMBOA, CHARLES
91-1023 POHAHAWAI PLACE
EWA BEACH, HI  96706

TANIGUCHI, ALLYSON
1309 NOELANI STREET
PEARL CITY, HI  96782

TANOUYE, RUSSELL
95-511 LA PLACE
MILILANI, HI  96789

TASC
TOTAL ADMINSTRATIVE SVC CORP
2302 INTERNATIONAL LANE

P O BOX 14050
MADISON, WI  53704-7098

TECHNOLOGY NEWS BYTES, LLC
P O BOX 31021
HONOLULU, HI  96820

THE SSI GROUP, INC
P.O. BOX 2153
BIRMINGHAM, AL  35287-3315

THOMSON REUTERS HEALTHCARE INC
P O BOX 95334
CHICAGO, IL  60694-5334

TOKORO, FRED
4469 LUAPELE PL
HONOLULU, HI  96818

TORKILDSON,KATZ,MOORE,
HETHERINGTON & HARRIS
700 BISHOP STREET-15TH FLOOR
HONOLULU, HI  96813-4187

TOWERS WATSON PENNSYLVANIA,INC
P O BOX 8500
S-6110
PHILADELPHIA, PA  19178-6110

T-SYSTEM, INC
DEPT 2537
P O BOX 122537
DALLAS, TX  75312-2537

TW TELECOM
P O BOX 172567
DENVER, CO  80217-2567

U. S. TRUSTEE
U. S. TRUSTEE PAYMENT CENTER
P O BOX 530202
ATLANTA, GA  30353-0202

UNITED STATES TREASURY
IRS-ACS SUPPORT
P O BOX 24017
FRESNO, CA  93779-4017

UNIVERSITY OF HAWAII
ATTN: DENNIS SUNADA
JOHN A BURNS SCHOOL OF MEDICINE
651 ILALO STREET
MEDICAL EDUCATION BLDG
HONOLULU, HI  96807

US IMPRINTS, LLC
1724A GENERAL GEORGE PATTON DR
BRENTWOOD, TN  37027

USA MOBILITY WIRELESS, INC
P O BOX 660770
DALLAS, TX  75266-0770

U.S. Bankruptcy Court - Hawaii  #11-01746  Dkt # 2  Filed 06/21/11  Page 20 of 22

USABLE LIFE
P O BOX 1650
LITTLE ROCK, AR  72203-1650

VINCENT A RHODES
111 HEKILI ST-STE A#311
KAILUA, HI  96734

VISION SERVICE PLAN - (HI)
P O BOX 60000
SAN FRANCISCO, CA  94160-3337

VISION SOLUTIONS, INC
DEPT CH 19317
PALATINE, IL  60055-9317

WAGNER CHOI & VERBRUGGE
745 FORT STREET-STE 1900
HONOLULU, HI  96813

WAUKE, KRISTIN
P.O. BOX 161181
HONOLULU, HI  96816

WILLIS OF GREATER KANSAS, INC
245 N. WACO STREET-STE 300
WICHITA, KS  67201

WITOWSKI, KATHLEEN
P.O. BOX 10451
HONOLULU, HI  96816

WONG, LORRIN
C/O WAYSON CHOW, ESQ.
1188 BISHOP STREET, STE 801
CENTURY SQUARE
HONOLULU, HI  96813

WORKLIFE HAWAII
200 NORTH VINEYARD BLVD
BLDG B
HONOLULU, HI  96817

XEROX CORPORATION
P. O. BOX 7405
PASADENA, CA  91109-7405

YAMAGUCHI, CAROL
95-170 LELEWALO ST
MILILANI, HI  96789

YAMAMOTO, ERIC
1730 NAIO ST.
HONOLULU, HI  96817

YOSHIMURA, LIANN
2919 KEONI STREET
HONOLULU, HI  96822

YOSHINO, DONNA
95-1190 ANUANU ST
MILILANI, HI  96789

Submitted to Hawaii Medical Center - CREDITOR MATRIX(2765972)

YUEN, JANICE
2021 BACHELOT ST.
HONOLULU, HI  96817

ZIPINFO.COM
230 N TRANQUIL PATH DR
THE WOODLANDS, TX  77380-2758