MCDONALD HOPKINS LLC
Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
John A. Polinko (0073967)
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email: **sriley@mcdonaldhopkins.com**
**plinehan@mcdonaldhopkins.com**
**jpolinko@mcdonaldhopkins.com**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A HAWAII LIMITED LIABILITY LAW COMPANY
Christopher J. Muzzi (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490
Facsimile (808) 534-0202
Email: **cmuzzi@hilaw.us**

Proposed Co-Counsel to the Debtors and
Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Hawaii Medical Center,<br>a Hawaii non-profit corporation,<br><br>Debtor. | Case No. 11-01746<br>(Chapter 11 Case)<br>(Honorable Robert J. Faris) |
| In re:<br><br>Hawaii Medical Center East,<br>a Hawaii non-profit corporation,<br><br>Debtor. | Case No. 11-01747<br>(Chapter 11 Case)<br>(Honorable Robert J. Faris) |

{2698889:}

| In re:<br><br>Hawaii Medical Center West,<br>a Hawaii non-profit corporation,<br><br>Debtor. | Case No. 11-01748<br>(Chapter 11 Case)<br>(Honorable Robert J. Faris) |
|---|---|

## DEBTORS' MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CASES PURSUANT TO FED. R. BANKR. P. 1015(B)

Hawaii Medical Center, Hawaii Medical Center East and Hawaii Medical Center West, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby move the Court for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing joint administration of the Debtors' cases.

In support of this Motion, the Debtors respectfully state:

## BACKGROUND

1. On June 21, 2011 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing in possession of their property and are operating and managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code. A motion for joint administration for procedural purposes of the Debtors' chapter 11 cases (the "Chapter 11 Cases") is pending before the Court. No request for the

{2698889:}  2
U.S. Bankruptcy Court - Hawaii  #11-01746  Dkt # 3  Filed 06/21/11  Page 2 of 8

appointment of a trustee or examiner has been made and no committees have been appointed or designated in these Chapter 11 Cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and reference from the District Court of Hawaii pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of these Chapter 11 Cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for this Motion is Bankruptcy Rule 1015(b).

3. The factual background relating to the Debtors' commencement of these Chapter 11 Cases is set forth in detail in the Declaration of Kenneth J. Silva, a Member of the Board of Directors, in Support of Chapter 11 Petitions and First Day Motions, filed contemporaneously with this Motion.

## RELIEF REQUESTED

4. By this Motion, the Debtors request entry of an order directing the joint administration of these Chapter 11 Cases.

5. In furtherance of the foregoing, the Debtors request that the official caption used by all parties in all pleadings filed in the jointly administered cases be as follows:

| In re: | Case No. 11-01746 |
| --- | --- |
| Hawaii Medical Center, et al.,[1] | (Chapter 11 Case) |
| | (Jointly Administered) |
| Debtors. | (Honorable Robert J. Faris) |
| This document relates to: [or the name and case number of the case to which the document relates, if less than all] | |

[1] The Debtors are as follows: Hawaii Medical Center, a Hawaii non-profit corporation (Tax No. 20-3409838); Hawaii Medical Center East, a Hawaii non-profit corporation (Tax No. 51-0598670); and Hawaii Medical Center West, a Hawaii non-profit corporation (Tax No. 51-0598672).

6. The Debtors also request that all original docket entries shall be made in the case of Hawaii Medical Center, Case No. 11-01746 (hereinafter the "Main Case"), and a docket entry shall be made in the other captioned cases substantially as follows:

> An order has been entered directing the joint administration of this case with HAWAII MEDICAL CENTER, Case No. 11-01746.

7. Except as stated in paragraph 8 below, the Debtors request that all pleadings, motions, and other documents which are filed in the jointly administered cases be docketed and filed in the Main Case, whether or not the pleadings are appropriately captioned.

8. The Debtors request that the Court order that all proofs of claim be docketed and filed in the case of the debtor against which the creditor holds a claim. The Debtors request that creditors be required to file

separate claims in each case in which the creditor holds a claim. In addition, the Debtors request that all documents relating to a claim in a particular case, including, but not limited to, a transfer of a claim and notice thereof, an objection to a claim and responsive pleadings thereto, be filed in the case in which the claim is registered.

9. The Debtors will keep separate accounts of property and distribution of each estate, in accordance with Fed. R. Bankr. P. 2009(e).

10. The Debtors also request that the Clerk of the Court maintain a single consolidated matrix pursuant to Fed. R. Bankr. P. 1007(a)(1) containing the names and addresses of the entities included, or to be included on the Debtors' Schedules D, E, F, G and H, from the matrix submitted by the Debtors pursuant to LBR 1007-2(a).

11. The Debtors propose that the joint administration shall not be deemed to effect a substantive consolidation and shall not affect the rights of the respective debtors, their respective estates, or the creditors or parties in interest of the respective estates.

## BASIS FOR RELIEF REQUESTED

12. Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by a debtor and an affiliate, the court may order joint administration of the estates.

13. Courts have granted similar relief to numerous other debtors and their affiliates. See In re U.S. Airways Group, Inc., Case No. 02-83984 (Bankr. E.D. Va. August 12, 2002); In re U.S. Airways, Inc., Case No. 04-13819 (Bankr. E.D. Va. September 13, 2004); In re ATA Holding Corp., Case No.04-19866 (Bankr. S.D. Ind. October 29, 2004). This Court had granted relief similar to that sought herein. See In re Aloha Airgroup, Inc., Case No. 04-03063 (Bankr. D. Haw. December 30, 2004); In re H&W Foods Acquisition Corp., Case No. 03-01088 (Bankr. D. Haw. April 9, 2003), and In re Aloha Airlines, Inc., Case No. 08-00337 (Bankr. D. Haw. March 21, 2008).[1]

14. In light of the interrelationship between the Debtors, the Debtors respectfully submit that entry of an order of joint administration of these Chapter 11 Cases, pursuant to Bankruptcy Rule 1015, is in the best interest of the Debtors' estates and creditors generally. Such an order will avoid unnecessary costs and delay by eliminating duplicative filings with the Court and duplicative notices to creditors, thereby facilitating the efficient and economical administration of the Debtors' estates.

---

[1] Do to the voluminous nature, in total, of these unreported opinions, the Debtors have not included as exhibits each of the referenced unreported opinions. Upon request, the Debtors will provide a copy of each unreported opinion to any party making such a request.

## NOTICE

15. No trustee, examiner, or statutory committee has been appointed in these Chapter 11 Cases. Notice of this Motion has been provided to (i) the United States Trustee for the District of Hawaii, (ii) counsel for St. Francis Healthcare System of Hawaii, as the administrative agent for certain of the Debtors' prepetition secured lenders, (iii) counsel for MidCap Financial, LLC, (iv) those creditors listed on each of the Debtors' List of Creditors Holding 20 Largest Unsecured Claims, (v) the Internal Revenue Service, and (vi) the State of Hawaii Department of Taxation. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required

WHEREFORE, the Debtors respectfully request that the Court enter an order in the form attached hereto as <u>Exhibit A</u>, directing the joint administration of these Chapter 11 Cases and for any such other relief that may be appropriate under the circumstances.

Dated: June 21, 2011

/s/Christopher J. Muzzi
CHRISTOPHER J. MUZZI
Moseley Biehl Tsugawa Lau & Muzzi

And

SHAWN M. RILEY
PAUL W. LINEHAN
JOHN A. POLINKO

MCDONALD HOPKINS LLC

PROPOSED CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION