MCDONALD HOPKINS LLC
Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
John A. Polinko (0073967)
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Email: sriley@mcdonaldhopkins.com
       plinehan@mcdonaldhopkins.com
       jpolinko@mcdonaldhopkins.com

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A HAWAII LIMITED LIABILITY LAW COMPANY
Christopher J. Muzzi (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email: cmuzzi@hilaw.us

Proposed Co-Counsel to the Debtors and
Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Hawaii Medical Center, et al.,[1]<br><br>    Debtors. | Case No. 11-01746<br>(Chapter 11 Case)<br>(Honorable Robert J. Faris)<br>(Joint Administration Requested) |
| This document relates to:<br>All Cases | Relates to Doc. Nos.: 32, 16 & 24 |

---

[1] The Debtors are as follows: Hawaii Medical Center, a Hawaii non-profit corporation (Tax No. 20-3409838); Hawaii Medical Center East, a Hawaii non-profit corporation (Tax No. 51-0598670); and Hawaii Medical Center West, a Hawaii non-profit corporation (Tax No. 51-0598672).

50051/16/75185

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2011 true and correct copies of the Notice of Hearing on The Debtors' First Day Motions filed June 22, 2011 (as docket no. 32) was served by the electronic mail to the following parties listed bellow:

| | |
|---|---|
| JOSHUA M. MESTER<br>BRUCE BENNETT<br>DEWEY & LEBOEUF LLP<br>333 South Grand Avenue, 26th Floor<br>Los Angeles, CA 90071 | JMester@deweyleboeuf.com |

And

| | |
|---|---|
| STEWART PRESSMAN<br>JONATHAN H. STEINER<br>Five Waterfront Plaza, Fourth Floor<br>500 Ala Moana Blvd.<br>Honolulu, HI 96813<br><br>Attorneys for ST. FRANCIS HEALTH CARE SYSTEM OF HAWAII, ST. FRANCIS MEDICAL CENTER AND ST. FRANCIS MEDICAL CENTER-WEST | SPressman@m4law.com |
| CURTIS CHING<br>Office of the Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813<br>    OFFICE OF THE TRUSTEE | ustpregion15.hi.ecf@usdoj.gov |
| SIMON KLEVANSKY<br>ALIKA L. PIPER<br>CARISA LIMA KA'ALA DUFFY<br>Klevansky Piper Van Etten, LLP<br>Pauahi Tower, Suite 770<br>1003 Bishop Street<br>Honolulu, HI 96813<br>    Attorneys for NATIONAL<br>    MEDICAL DEVELOPMENT, | sklevansky@kplawhawaii.com |

INC.

TED N. PETTIT, ESQ.  tpettit@caselombardi.com
Case Lombardi & Pettit
Pacific Guardian Center, Mauka Twr
737 Bishop Street, Suite 2600
Honolulu, HI 96813

and

MICHAEL M. EIDELAMN  meidelman@vedderprice.com
KATHRYN STEVENS  kstevens@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1033
    Attorneys for MIDCAP
    FINANCIAL

Cynthia M. Johiro  Cynthia.M.Johiro@hawaii.gov
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813
    Attorney for STATE OF HAWAII,
    DEPARTMENT OF TAXATION

K. C. Leong  kcleong@hawaii.rr.com
Taylor Leong & Chee
Pacific Guardian Ctr., Mauka Twr.
737 Bishop St., Ste. 2060
Honolulu, Hawaii 96813
    Attorney for HAWAIIAN
    ELECTRIC COMPANY

CERNER CORPORATION  clientcarecenter@cerner.com
2800 Rockcreek Parkway
Kansas City, MO 64117

UNIVERSITY OF HAWAII  sunada@hawaii.edu
JOH A. BURNS SCHOOL
OF MEDICINE
651 Ilalo St.
Medical Education Bldg.
Honolulu, HI 96822

WALTER C. DAVISON, ESQ.  WDAVISON@GOODSILL.com
Goodsill Anderson Quinn & Stifel

50051/16/75185

1800 Alii Place
1099 Alakea Street
Honolulu, HI 96813
    Attorney for HAWAII
    RESIDENCY PROGRAMS,
    INC.

IMPATIENT MEDICAL SPECIALISTS     rahulhooda@yahoo.com
P. O. Box 89252
Honolulu, HI 96815

DAVID I. LAU     david.l.lau@irscounsel.treas.gov
300 Ala Moana Blvd.
Box 50168
Honolulu, Hawaii 96850
    Attorney for INTERNAL
    REVENUE SERVICE

CUYLER SHAW, ESQ.     cshaw@awlaw.com
MIRANDA TSAI, ESQ.
Ashford & Wriston
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, HI 96813
    Attorneys for HAWAII
    MEDICAL SERVICE
    ASSOCIATION

GENERAL ELECTRIC CAPITAL     jclark@clark-law.net
CORPORATION
CLARK & ASSOCIATES
c/o JEFFREY A. CLARK
2999 Overland Ave., Ste. 204
Los Angeles, CA 90064-4243

CLINICAL LABORATORIES OF HI     francis.imada@hawaiilabs.com
91-2135 Ft. Weaver Rd., Ste 300
Ewa Beach, HI 96706

ALOHA CRITICAL CARE     mharuno.acca@gmail.com
95-1060 Aoakua St.
Mililani, HI 96789

BAXTER HEALTHCARE CORP     juan_bravo@baxter.com
P. O. Box 100714
Pasadena, Ca 91189

I further certify that on June 22, 2011 a true and correct copy of Notice of Hearing on The Debtors' First Day Motions filed June 22, 2011 (as docket no. 32) was served by way of facsimile to the following parties listed below:

| | |
|---|---|
| BOARD OF WATER SUPPLY<br>630 So. Beretania St.<br>Honolulu, HI 96843 | Facsimile: (808) 550-5566 |
| HILL ROM COMPANY INC.<br>CASE LOMBARDI & PETTIT<br>737 Bishop St., Ste 2600<br>Honolulu, HI 96813 | Facsimile: (808) 523-1888 |
| NA KAHU MALAMA NURSES INC.<br>1357 Kapiolani Bld. No. 850<br>Honolulu, HI 96814 | Facsimile: (808) 949-3834 |
| ISLAND NURSES INC.<br>1001 Dillingham Blvd., Ste. 211<br>Honolulu, HI 96817 | Facsimile: (808) 356-0514 |
| UNITED LAUNDRY SERVICE INC.<br>2291 Alahao St.<br>Honolulu, HI 96819 | Facsimile: (808) 841-1340 |
| UNISYN MEDICAL TECHNOLOGIES<br>1150 Catamount Dr.<br>Golden, CO 80403 | Facsimile: (303) 384-1904 |
| ST. FRANCIS MEDICAL<br>PLAZA WEST<br>Box Code 61004<br>P. O. Box 1300<br>Honolulu, HI 96807 | Facsimile: (808) 676-4702 |
| BLUMBERG RIBNER INC.<br>315 S. Beverly Drive, Ste. 505<br>Beverly Hills, CA 90212-4316 | (310) 551-1929 |

| | |
|---|---|
| MED ONE CAPITAL FUNDING LLC<br>10712 South 1300 East<br>Sandy, UT 84094 | (800) 468-5528 |
| BOSTON SCIENTIFIC CORPORATION<br>P. O. Box 512638<br>Los Angeles, CA 90051-0638 | (508) 650-8929 |
| HAWAIIAN ELECTRIC CO. INC.<br>900 Richards Street<br>Honolulu, HI 96813 | (808) 543-7799 |
| LIBERTY DIALYSIS<br>HAWAII LLC<br>2226 Liliha St., Ste. 226<br>Honolulu, HI 96817-1605 | (808) 585-4601 |
| PAN PACIFIC<br>PATHOLOGIST, LLC<br>33 Lanihuli St.<br>Hilo, HI 96720 | (808) 935-2518 |
| SAFETY NATIONAL CASUALTY CORP.<br>1832 Schuetz Road<br>St. Louis, MO 63146 | (314) 995-3843 |
| LEGACY OF LIFE HAWAII<br>405 N. Kuakini st., Ste. 810<br>Honolulu, HI 96817 | (808) 599-7631 |
| CARDINAL HEALTH MEDICAL<br>PRODUCTS & SERVICES<br>700 Cardinal Pl., Metro 3<br>Dublin, OH 43017-1091 | (614) 652-6848 |
| SURGICAL ASSOCIATES<br>2226 Liliha St., Ste 402<br>Honolulu, HI 96817 | (808) 528-4940 |
| PHARMERICA<br>FULTZ MADDOX HOVIOUS AND<br>DICKENS PLC<br>2700 National City Tower<br>101 S. Fifth Street | (502) 588-2020 |

| | |
|---|---|
| Louisville, KY 40202 | |
| ST. JUDE MEDICAL INC.<br>807 Las Cimas Parkway, Ste. 400<br>Austin, TX 78746 | (512) 732-2418 |
| SMITH & NEPHEW INC.<br>150 Minuteman Road<br>Andover, MA 01810 | (978) 749-1108 |
| PACIFIC RADIOPHARMACY LTD.<br>347 N. Kuakini St.<br>Honolulu, HI 96817 | (808) 592-4114 |
| LILIHA PARTNERS LP<br>12348 High Bluff Dr. No. 100<br>San Diego, CA 92130 | (858) 350-1950 |
| BLOOD BANK OF HAWAII<br>2043 Dillingham Blvd.<br>Honolulu, HI 96819-4024 | (808) 848-4737 |
| AUREUS RADIOLOGY LLC<br>13609 California St.<br>Omaha, NE 68154 | (402) 895-7812 |
| ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3424 | (404) 881-7777 |
| KCI USA INC.<br>8023 Vantage Drive<br>San Antonio, TX 78230 | (210) 255-6990 |
| CADES SCHUTTE LLP<br>1000 Bishop St., Ste. 1200<br>Honolulu, HI 96813-4212 | (808) 521-9210 |
| COLLIN R. DANG, MD<br>550 S. Beretania St., Ste. 501<br>Honolulu, HI 96813 | (808) 550-0279 |

I further certify that on June 22, 2011 a true and correct copy of 1) Notice of Hearing on The Debtors' First Day Motions filed June 22, 2011 (as docket no. 32) and 2) Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(A) and 366, (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services, (II) Determining that Utility Companies are Adequately Assured of Payment, (III) Approving Proposed Procedure for Requesting Additional or Different Adequate Assurance, and (IV) Scheduling Final Hearing, filed June 21, 2011 (as docket no. 24) was served by way of hand delivery to the following parties listed below:

| BOARD OF WATER SUPPLY<br>636 S. Beretania St.<br>Honolulu, HI 96843 | Rolloffs Hawaii<br>1020 Ulupono Street<br>Honolulu, HI 96819 |
|---|---|
| The Gas Company<br>515 Kamakee St.<br>Honolulu, HI 96814 | Hawaiian Telecom<br>1177 Bishop Street<br>Honolulu, HI 96813 |
| Hawaiian Electric Co., Inc.<br>900 Richards St.<br>Honolulu, HI 96813 | |

I further certify that on June 22, 2011 a true and correct copy of 1) Notice of Hearing on The Debtors' First Day Motions filed June 22, 2011 (as docket no. 32) and 2) Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(A) and 363(C), 354(B) and 364(I) Authorizing continued Use of Existing (A)

Bank of Accounts, (B) Cash Management System and (C) Business forms, (II) Waiving the Deposit Requirements of Section 345(B) of Bankruptcy Code and (III) Authorizing Continuation of Intercompany Transaction and According Administrative Expenses Status to Claims for Such Transaction filed June 21, 2011 (as docket no. 16) was served by way of hand delivery or by email to the following parties listed below:

| | |
|---|---|
| First Hawaiian Bank<br>c/o Jeffrey N. Higashi<br>999 Bishop St. Ste. 1100<br>Honolulu, HI 96813 | Hand Delivery |
| SUSAN TIUS, ESQ.<br>Rush Moore LLP<br>737 Bishop Street, Suite 2400<br>Honolulu, HI 96813<br>    Attorney for BANK OF HAWAII | Email: STius@rmhawaii.com |

Dated: June 22, 2011
       Honolulu, Hawaii

Respectfully submitted,

/s/ Christopher J. Muzzi
_____
MOSELEY BIEHL TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company
Christopher J. Muzzi (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490
Facsimile: (808) 534-0202
Email:   **cmuzzi@hilaw.us**

- and -

MCDONALD HOPKINS LLC

Shawn M. Riley (0037235)
(*Pro Hac Vice* Admission Pending)
Paul W. Linehan (0070116)
(*Pro Hac Vice* Admission Pending)
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
Emails:
**sriley@mcdonaldhopkins.com**
**plinehan@mcdonaldhopkins.com**
**mkaczka@mcdonaldhopkins.com**

*Proposed Co-Counsel for Debtors and Debtors in Possession*