MCDONALD HOPKINS LLC
Shawn M. Riley (0037235) (Admitted Pro Hac Vice)
Paul W. Linehan (0070116) (Admitted Pro Hac Vice)
John A. Polinko (0073967) (Admitted Pro Hac Vice)
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400, Facsimile: (216) 348-5474
Email: **sriley@mcdonaldhopkins.com**
    **plinehan@mcdonaldhopkins.com**
    **jpolinko@mcdonaldhopkins.com**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A HAWAII LIMITED LIABILITY LAW COMPANY
Christopher J. Muzzi (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490, Facsimile (808) 534-0202
Email: **cmuzzi@hilaw.us**

Proposed Co-Counsel to the Debtors and
Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Hawaii Medical Center, et al.,[1]<br><br>Debtors. | Case No. 11-01746 RJF<br>(Chapter 11 Case)<br>(Joint Administration Requested) |
| This document relates to:<br>All Cases | HEARING:<br>Date: June 23, 2011<br>Time: 11:00 a.m.<br>Judge: Robert J. Faris |

---

[1] The Debtors are as follows: Hawaii Medical Center, a Hawaii non-profit corporation (Tax No. 20-3409838); Hawaii Medical Center East, a Hawaii non-profit corporation (Tax No. 51-0598670); and Hawaii Medical Center West, a Hawaii non-profit corporation (Tax No. 51-0598672).

|                                    |
| ---------------------------------- |
| Relates to Document Nos. 3, 8, 9, 12, 13, 14, 15, 16, 17, 18, 21, 23 & 24 |

# NOTICE OF PROPOSED AGENDA FOR
# THE DEBTORS' FIRST DAY MOTIONS HEARING

TO:  ALL PARTIES-IN-INTEREST:

Hawaii Medical Center, Hawaii Medical Center East and Hawaii Medical Center West, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), propose the following agenda for the hearing on the First Day Motions (the "Motions") on **June 23, 2011 at 11:00 a.m (Hawaii Standard Time)**, before the Honorable Robert J. Faris, U.S. Bankruptcy Court for the District of Hawaii, 1132 Bishop Street, Honolulu, Hawaii:

1. Debtors' Motion for an Order Directing Joint Administration of the Debtors' Cases Pursuant to Fed. R. Bankr. P. 1015(B) (the "Joint Administration Motion") Document No. 3;

2. Debtors' Motion for Interim Order (I) Authorizing Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 503(B) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code; (V) Authorizing Execution of Postpetition Amendment to Prepetition Revolving Credit Agreement; (VI) Providing Related Relief; and (VII)

Scheduling a Final Hearing (the "DIP Motion") Document No. 15;

3. Motion for Order Pursuant to 11 U.S.C. §§ 105(A), 363(C), 345(B) and 364 (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System and (C) Business Forms, (II) Granting an Extension of Time to Comply with the Deposit Requirements of Section 345(B) of Bankruptcy Code and (III) Authorizing Continuation of Intercompany Transactions and According Administrative Expense Status to Claims for Such Transactions (the "Cash Management Motion") Document No. 16;

4. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(A), 363(B) and 507(A) Authorizing (I) Payment of Wages, Salaries and Other Compensation, (II) Payment of Employee, Medical, Dental and Similar Benefits, (III) Withholding from Employee Paychecks and Related Deductions and Payments, (IV) Payment of All Obligations in Respect Thereof, and (V) Granting Related Relief (the "Wage Motion") Document No. 17;

5. Debtors' Motion for Interim and Final Orders Pursuant To 11 U.S.C. §§ 105(A) and 366, (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services, (II) Determining that Utility Companies are Adequately Assured of Payment, (III) Approving Proposed Procedure for Requesting Additional or Different Adequate Assurance, and (IV) Scheduling Final Hearing (the "Utilities Motion") Document No. 24;

6. Debtors' Motion for Order (A) Scheduling Combined Hearing on Disclosure Statement and Plan Confirmation and Setting the Deadline for Objecting to Disclosure Statement and Plan; (B) Approving Form and Notice of Combined Hearing on Disclosure Statement and Plan Confirmation; (C) Establishing Procedures for Objecting to the Plan and Disclosure Statement; (D) Requesting Approval of Solicitation Procedures; and (E) Granting Related Relief (the "Confirmation Procedures Notice") Document No. 21;

7. Debtors' Motion for an Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims and Approving Form and Notice Thereof (the "Administrative Bar Date Motion") Document No. 14;

8. Debtors' Motion for an Order Establishing Notice Procedures (the "Notice Procedures Motion") Document No. 18;

9. Debtors' Motion for an Order Authorizing Retention of Professionals Utilized by the Debtors in the Ordinary Course Of Business *Nunc Pro Tunc* To The Petition Date (the "Ordinary Course Professionals Motion") Document No. 14;

10. Debtors' Application Pursuant to Section 327(A) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authority to Retain and Employ McDonald Hopkins LLC as Counsel for the Debtors, *Nunc Pro Tunc,* to the Petition Date (the "McDonald Hopkins Application") Document No. 8;

11. Application for Authority to Retain and Employ Scouler & Company, LLC, as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date (the "Scouler Application") Document No. 9;

12. Application for Authority to Retain and Employ Robert A. Wade as Special Compliance Counsel for Debtors *Nunc Pro Tunc* To The Petition Date (the "Wade Application") Document No. 13; and

13. Debtors' Application Pursuant to Section 327(A) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authority to Retain and Employ Moseley Biehl Tsugawa Lau & Muzzi as Counsel for the Debtors, Nunc Pro Tunc, to the Petition Date (the "MBTL&M Application") Document No. 12.

DATED: Honolulu, Hawaii, June 23, 2011.

/s/ Christopher J. Muzzi
Proposed Co-Counsel for the Debtors