MCDONALD HOPKINS LLC
Shawn M. Riley (0037235) (Admitted Pro Hac Vice)
Paul W. Linehan (0070116) (Admitted Pro Hac Vice)
John A. Polinko (0073967) (Admitted Pro Hac Vice)
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400, Facsimile: (216) 348-5474
Email: **sriley@mcdonaldhopkins.com**
**plinehan@mcdonaldhopkins.com**
**jpolinko@mcdonaldhopkins.com**

MOSELEY BIEHL TSUGAWA LAU & MUZZI
A HAWAII LIMITED LIABILITY LAW COMPANY
Christopher J. Muzzi (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490, Facsimile (808) 534-0202
Email: **cmuzzi@hilaw.us**

Proposed Co-Counsel to the Debtors and
Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Hawaii Medical Center, et al.,[1]<br><br>Debtors. | Case No. 11-01746 RJF<br>(Chapter 11 Case)<br>(Joint Administration Requested)<br><br>HEARING:<br>Date: June 23, 2011 |
| his document relates to:<br>All Cases | Time: 11:00 a.m.<br>Judge: Robert J. Faris<br>Relates to Document No. 13 |

---

1 The Debtors are as follows: Hawaii Medical Center, a Hawaii non-profit corporation (Tax No. 20-3409838); Hawaii Medical Center East, a Hawaii non-profit corporation (Tax No. 51-0598670); and Hawaii Medical Center West, a Hawaii non-profit corporation (Tax No. 51-0598672).

# INTERIM ORDER GRANTING APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 2014-1 FOR AUTHORITY TO RETAIN AND EMPLOY MOSELEY BIEHL TSUGAWA LAU & MUZZI AS COUNSEL FOR THE DEBTORS, <u>NUNC PRO TUNC, TO THE PETITION DATE</u>

The Application Pursuant to Section 327(A) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authority to Retain and Employ Moseley Biehl Tsugawa Lau & Muzzi as Counsel for the Debtors, Nunc Pro Tunc, to the Petition Date (the "MBTL&M Application") Document No. 13; filed by Debtors and Debtors in Possession HAWAII MEDICAL CENTER; HAWAII MEDICAL CENTER EAST AND HAWAII MEDICAL CENTER WEST ("Debtors") on June 21, 2011, came on for hearing on June 23, 2011 at 11:00 a.m., before the Honorable Robert J. Faris. Appearances are as noted in the record.

Having reviewed the MBTL&M Application and all papers filed in support thereof, and having considered the oral arguments made at the hearing, the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. 157(b)(2); (c) notice of the hearing on the MBTL&M Application was proper and sufficient under the circumstances; (d) there was no opposition to the MBTL&M Application; and (e) the legal and factual

bases set forth in the MBTL&M Application justify granting the requested relief on final basis, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The MBTL&M Application is granted on an interim basis, and the Debtors are authorized to employ, subject to 11 U.S.C. § 330 and other applicable local rules and guidelines, Moseley Biehl Tsugawa Lau & Muzzi, LLLC as its bankruptcy local co-counsel;

2. All payments made in accordance with this Order shall be subject to the terms and conditions set forth in the Agreed Interim Order (I) Authorizing Post-Petition Secured Financing Pursuant To Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) And 503(b) Of The Bankruptcy Code; (II) Authorizing The Debtors To Use Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; (III) Providing Adequate Protection To The Prepetition Secured Parties Pursuant To Sections 361, 362, And 363 Of The Bankruptcy Code; (IV) Modifying The Automatic Stay Pursuant To Section 362(D) Of The Bankruptcy Code; (V) Authorizing Execution Of Postpetition Amendment To Prepetition Revolving Credit Agreement; (VI) Providing Related Relief; And (VII) Scheduling A Final Hearing, the Agreed Final Order (I) Authorizing Post-Petition Secured Financing Pursuant To Sections 105, 361, 362, 364(c)(1), 364(c)(2),

364(c)(3), 364(d)(1), 364(e) And 503(b) Of The Bankruptcy Code; (II) Authorizing The Debtors To Use Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code; (III) Providing Adequate Protection To The Prepetition Secured Parties Pursuant To Sections 361, 362, And 363 Of The Bankruptcy Code; (IV) Modifying The Automatic Stay Pursuant To Section 362(d) Of The Bankruptcy Code; (V) Authorizing Execution Of Postpetition Amendment To Prepetition Revolving Credit Agreement; and (VI) Providing Related Relief (the "<u>Interim DIP Order</u>"). To the extent that any provision herein is inconsistent with the terms of the Interim DIP Order, the Interim DIP Order shall control; and

3. A final hearing on the MBTL&M Application shall be held on July 11, 2011 at 10:30 o'clock a.m.

/s/ *Robert J. Faris*
United States Bankruptcy Judge
Dated: June 24, 2011

---

In re: Hawaii Medical Center, et al., Case No. 11-01746; INTERIM ORDER GRANTING APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 2014-1 FOR AUTHORITY TO RETAIN AND EMPLOY MOSELEY BIEHL TSUGAWA LAU & MUZZI AS COUNSEL FOR THE DEBTORS, NUNC PRO TUNC, TO THE PETITION DATE