OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING 3931
Assistant United States Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813
Telephone: (808) 522-8150
Facsimile:    (808) 522-8186
ustpregion15.hi.ecf@usdoj.gov

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) | CASE NO. 11-01746 |
|---|---|---|
| | ) | (Chapter 11) |
| HAWAII MEDICAL CENTER | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge: Honorable Robert J. Faris |
| | ) | |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The UNITED STATES TRUSTEE, in accordance with 11 U.S.C. § 1102,

hereby appoints the following committee of creditors holding unsecured claims:

| Creditor | Representative |
|---|---|
| Salim Hasham<br>#4003<br>1650 Ala Moana Blvd.<br>Honolulu, HI  96815 | Salim Hasham<br>Phone: (808) 620-8908<br>Fax: na<br>Email: Salim.Hasham@h-s-i.org |
| Clinical Laboratories of HI, LLP<br>Suite 300<br>91-2153 Fort Weaver Road<br>Ewa Beach, HI  96706 | Ally Park<br>Phone: (808) 679-4235<br>Fax: (808) 679-4230<br>Email: ally.park@hawaiilabs.com |
| Sodexo America LLC<br>Suite 620<br>10500 Little Patexent Parkway<br>Columbia, MD  21044 | Doug Cable<br>Phone: (410) 292-3195<br>Fax: (410) 715-1694<br>Email: doug.cable@sodexo.com |
| Legacy of Life Hawaii<br>Suite 810<br>405 N. Kuakini St.<br>Honolulu, HI  96817 | Stephen Kula<br>Phone: (808) 599-7630<br>Fax: (808) 599-7631<br>Email: skula@legacyoflifehawaii.org |
| McKesson Corp.<br>3775 Seaport Blvd.<br>West Sacramento, CA  95691 | Pamela Craik<br>Phone: (916) 373-5222<br>Fax: (916) 373-5268<br>Email: pamela.craik@mckesson.com |

DATED: Honolulu, Hawaii, June 29, 2011.

                                 TIFFANY L. CARROLL
                                 Acting United States Trustee

                 By:   /s/ Curtis Ching
                                 CURTIS CHING
                                 Assistant United States Trustee